Judge: Marc Barreca
Chapter: 13
Hearing Date: June 26, 2019
Hearing Time: 9:00 a.m.
Hearing Location:
    Everett Station
    Weyerhaeuser Room, 4th Floor
    3201 Smith Avenue
    Everett, WA 98201
Response Date: June 19, 2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

JAMES R. HEMANS and

KAYLA S. HEMANS,

        Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 16-11659-MLB

OBJECTION TO MOTION TO MOFIDY CHAPTER 13 PLAN POST-CONFIRMATION

Jason Wilson-Aguilar, Chapter 13 Trustee, objects to the debtors' Motion to Amend / Modify Chapter 13 Plan [Post-Confirmation] (ECF No. 51):

The debtors' confirmed plan provides for monthly plan payments of $3,800.00 for twenty-one months; $4,022.00 for twenty-eight months; and $4,293.00 thereafter (ECF No. 24). The debtors' proposed modified plan provides for monthly plan payments of $4,380.00 beginning June 2019 (ECF No. 50).

The debtors' proposed modified plan is not feasible. The Trustee estimates that the debtors would need to make a monthly plan payment of $5,380.00. It is likely the debtors failed to account for the increased mortgage payment on the BECU mortgage / home equity line of credit. The debtors listed that monthly payment at $195.00 in their proposed modified plan, but the payment increased to $645.12 effective February 15, 2019. *See* Notice of Mortgage Payment Change filed December 20, 2018.[1] The debtors also likely failed to account for the post-petition delinquency that has accrued on that obligation since February 15, 2019. The Trustee reserves the right to assert additional bases for his objection.

---

[1] According to BECU, the "[r]epayment of the [home equity] loan has begun. APR is adjustable, payments can vary. *See* Notice of Mortgage Payment Change filed December 20, 2018.

OBJECTION TO MOTION TO MODIFY
CHAPTER 13 PLAN POST-
CONFIRMATION - 1

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282

WHEREFORE, the Chapter 13 Trustee requests that the Court deny the debtors' Motion to Amend / Modify Chapter 13 Plan [Post-Confirmation].

Dated this 17th day of June 2019

*/s/ Jason Wilson-Aguilar*, WSBA #33582
JASON WILSON-AGUILAR
Chapter 13 Trustee

OBJECTION TO MOTION TO MODIFY
CHAPTER 13 PLAN POST-
CONFIRMATION - 2

Chapter 13 Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 FAX 624-5282